LEZLY D. CROWELL (176312)
1271 WASHINGTON AVE. #804
SAN LEANDRO, CALIFORNIA 94577
(510) 483-8044

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

E-Filing

| | |
|---|---|
| WALTER BARTLETT,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security<br><br>    Defendant.<br>_____ / | CIVIL NO.: 05-03568 MMC<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO DEFENDANTS CROSS MOTION FOR SUMMARY JUDGMENT AND REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that the plaintiff, Walter Bartlett, may have an extension of 30 days in which to file his Opposition to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment. Plaintiff's response is due April 20, 2006, pursuant to Civil L.R. 16-5. Plaintiff's Opposition and Reply are now due May 20, 2006.

///
///
///
///
///
///
///

Bartlett, EXT. Replies
CIVIL NO.: 05-03568 MMC

APR-19-2006  Case 3:05-cv-03568-VRW   Document 12   Filed 04/20/06   Page 2 of 2   P.01/01

1   This is Plaintiff's first request.

2

3   Dated: 4/17/06

                                        _____
                                        LEZLY B. CROWELL
4                                       Attorney for Plaintiff

5

6

7                                       KEVIN V. RYAN
                                        United States Attorney
8

9

10  Dated:  4/19/06                     By: _____
                                        SARA WINSLOW
11                                      Assistant U.S. Attorney

12

13

14  PURSUANT TO STIPULATION, IT IS SO ORDERED:

15

16

17  Dated: APR 2 0 2006                 _____
                                        MAXINE M. CHESNEY
18                                      United States District Judge

19

20

21

22

23

24

25

26

27

28  Bartlett, EXT. Replies                      2
    CIVIL NO.: 05-03568 MMC