IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BARTLETT,<br><br>    Plaintiff<br><br>    v.<br><br>JO ANNE B. BARNHART,<br><br>    Defendant<br>_____ / | No. C-05-3568 MMC<br><br>**ORDER OF REFERRAL** |

In recent filings, the parties notified the Court that plaintiff had previously filed an action in which he sought judicial review of an earlier decision by the Commissioner of Social Security concerning the same or similar asserted disability. Accordingly, the above-titled matter is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to United States District Judge Martin J. Jenkins for consideration of whether the instant action is related to the earlier-filed action, Bartlett v. Apfel, C-00-2541 MJJ.

**IT IS SO ORDERED.**

Dated: September 29, 2006

MAXINE M. CHESNEY
United States District Judge